## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                          **Case no: 3:07cr140-02/RV**

**CHRYSTAL GILUSO /**

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Counts Five, Six, Seven, and Nine of the Indictment, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Counts Five, Six, Seven, and Nine as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this _____ day of April, 2008.

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE