# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:07cr140-02/RV

CHRYSTAL GILUSO

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   April 10, 2008

Motion/Pleadings:   Motion to Dismiss without prejudice, Counts 1-4, 8, 10-16 of the Indictment in this case only against the above noted defendant, Chrystal Giluso.

Filed by   United States       on  4/9/2008       Doc.#    62

RESPONSES:

                                          on             Doc.#
                                          on             Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th day of April, 2008, that:*

*(a) The relief requested is GRANTED.*

*(b)* _____

                                                    /s/ *Roger Vinson*

                                                    *ROGER VINSON*
                                  *Senior United States District Judge*